## 17584

Helen W. MOLAIR, as Administratrix of the Estate of W. L. Molair, Plaintiff-Respondent, v. STATE FARM MUTUAL AUTO-MOBILE LIABILITY INSURANCE COMPANY, Defendant-Appellant

(111 S. E. (2d) 518)

*Messrs. Henderson, Salley & Cushman,* of Aiken, *for Appellant.*

*Messrs. Blatt & Fales,* of Barnwell, *for Respondent,*

November 11, 1959.

Per Curiam.

The Order of Honorable James Hugh McFaddin has been carefully considered in the light of the record and the exceptions, and we find no error therein.